UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-CV-80541-MIDDLEBROOKS/BRANNON

ERIC ROGERS,

    Plaintiff,

vs.

CARIBBEAN MEAT MARKET CORP.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Plaintiff, ERIC ROGERS ("Plaintiff"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses this action without prejudice.

Respectfully submitted this 15th day of August, 2016.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro
        Fla. Bar #54538
        The Schapiro Law Group, P.L
        Attorneys for Plaintiff
        150 Swinton Ave, Suite 101
        Delray Beach, FL 33444
        Tele: (561) 807-7388
        Fax: (561) 807-7198
        schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on August 15, 2016 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
150 Swinton Ave, Suite 101
Delray Beach, FL 33444
Tele: (561) 807-7388
Fax: (561) 807-7198
schapiro@schapirolawgroup.com
